IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MICHAEL BINGAMAN, )
an individual, )
)
Plaintiff, )
)
vs. ) Case No. 14-CV-00677-GKF-PJC
)
SPIRIT AEROSYSTEMS, INC., a )
foreign for profit business corporation, )
)
Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michael Bingaman, and Defendant, Spirit AeroSystems, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
Email: danielsmolen@ssrok.com
Email: laurenlambright@ssrok.com
***Attorneys for Plaintiff***

And

s/Kimberly Lambert Love
*(Signed by Filing Attorney with Permission of Non-Filing Attorney)*
Kimberly Lambert Love, OBA #10879
Robyn M. Funk, OBA #19810
Titus Hillis Reynolds Love
Dickman & McCalmon
15 E. 5th Street, Suite 3700
Tulsa, Oklahoma 74103
Phone: 918/587-6800
Fax: 918/587-6822
Email: klove@titushillis.com
*Attorneys for Defendant*